UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| LAMON TANEAL HEMINGWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-CV-21 AGF |
| | ) | |
| TIMOTHY HOLSTEN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for a sixty (60) day extension of time to pay his initial partial filing fee of $1.70. Plaintiff states that he is unable to pay the initial partial filing fee at this time due to the number of active civil suits he has at this time, as well as his hygiene needs. For good cause shown the Court will grant plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a sixty (60) day extension of time to pay his initial partial filing fee of $1.70 [Doc. #15] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall pay his initial filing fee of $1.70 within sixty (60) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the initial partial filing fee within sixty (60) days of the date of this Order, then this case will be dismissed without prejudice.

Dated this 1st day of September, 2017.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE