# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| LAMON TANEAL HEMINGWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-CV-21 AGF |
| ) | |
| TIMOTHY HOLSTEN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

After review of the proceedings in this case, the Court notes that plaintiff was required to file his second amended complaint no later than January 2, 2018. The Court will *sua sponte* provide plaintiff additional time to file his second amended complaint in this action. However, plaintiff's failure to file his pleading in a timely manner may result in a dismissal of this action.

Accordingly,

**IT IS HEREBY ORDERED** plaintiff shall file a second amended complaint in this action within twenty-one (21) days of the date of this Memorandum and Order**.**

**IT IS FURTHER ORDERED** that if plaintiff fails to file his second amended complaint within twenty-one (21) days of the date of this Memorandum and Order this case will be dismissed without prejudice.

Dated this 29th day of January, 2018.

*/s/ Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE